UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MARIAN MERRITT,

    Plaintiff,

v.      No. 3:08-cv-943-J-12TEM

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

## ORDER

This cause is before the Court on the Report and Recommendation (Doc. 27) of the United States Magistrate Judge, filed February 26, 2010. The Magistrate Judge recommends that the Commissioner's decision be reversed and the case remanded for further proceedings in accordance with the Report and Recommendation (Doc. 27), and that the Clerk of the Court also include in the judgment a statement that if Plaintiff ultimately prevails on remand to the Social Security Administration, any motion for attorney fees under 42 U.S.C. § 406(b) must be filed within fourteen (14) days of the Commissioner's final decision to award benefits.

As of the date of this Order, neither party has filed an objection within the fourteen (14) day objection period barring them from de novo review by this Court and from attacking factual findings on appeal. See 28 U.S.C. §636(b)(1); Fed.R.Civ.P 72(b)(2); and Local Rule 6.02(a), United States District Court for the Middle District of Florida. Accordingly, upon review of the matter, it is

**ORDERED AND ADJUDGED:**

1. That the Court adopts the Report and Recommendation (Doc. 27) of the United States Magistrate Judge and the Commissioner's decision is hereby reversed and the case remanded for further proceedings in accordance with the Report and Recommendation (Doc. 27);

2. That Clerk of the Court is hereby directed to enter a judgment reversing the Commissioner's decision and remanding the case for further proceedings in accordance with the Report and Recommendation (Doc. 27), and on remand, the ALJ must evaluate Plaintiff's mental impairments following the steps set out in 20 C.F.R. § 404.1520a as discussed in the Report and Recommendation (Doc. 27) at p. 12;

3. The Clerk is directed to include in the judgment a statement that if Plaintiff ultimately prevails on remand to the Social Security Administration, any motion for attorney fees under 42 U.S.C. § 406(b) must be filed within fourteen (14) days of the Commissioner's final decision to award benefits. See Bergen v. Commissioner of Social Security, 454 F.3d 1273, 1278 (11th Cir. 2006); compare Fed.R.Civ.P. 54(d)(2)(B); M.D.Fla. Loc. Rule 4.18(a); and

4. That the Clerk is directed to close the case.

**DONE AND ORDERED** this ___24th___ day of March 2010

                                                       *Howell W. Melton*
                                                  Senior United States District Judge

Copies to:   Hon. Thomas E. Morris,
                United States Magistrate Judge
                Counsel of Record