UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MARIAN MERRITT,

    Plaintiff,

v.                              No. 3:08-cv-943-J-12TEM

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

## ORDER

This cause is before the Court on the Report and Recommendation (Doc. 39) of the United States Magistrate Judge, filed November 16, 2010, regarding Plaintiff's Petition for Attorney Fees Under the Equal Access to Justice Act (Doc. 32)("Fee Petition"). The Magistrate Judge recommends that the Court grant the Fee Petition as set forth in the Report and Recommendation (Doc. 39) and direct the Clerk to enter judgment in favor of Plaintiff and against Defendant in the amount of $3,471.78 for attorney and paralegal fees.

As of the date of this Order, neither party has filed an objection within the fourteen (14) day objection period, barring the parties from de novo review by this Court of the issues addressed in the Report and Recommendation and from attacking factual findings on appeal. See 28 U.S.C. §636(b)(1); Fed.R.Civ.P 72(b)(2); and M.D. Fla. Rule 6.02(a). Accordingly, upon review of the matter, it is

**ORDERED AND ADJUDGED:**

    1.    That the Court adopts the Report and Recommendation (Doc. 39) of the United States Magistrate Judge; and

2. That Clerk of the Court is hereby directed to enter judgment for Plaintiff and against Defendant in the amount of $3,471.78 for attorney and paralegal fees.

**DONE AND ORDERED** this ___1st___ day of December 2010

*Howell W. Melton*
Senior United States District Judge

Copies to: Hon. Thomas E. Morris,
United States Magistrate Judge
Counsel of Record

2